UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAUREN GRIFFEN,

                Plaintiff,

v.

C.B. RICHARD ELLIS GROUP INC.,

                Defendant.

No. 11 Civ. 2008 (LTS)(RLE)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 0 4 OCT 2011

## ORDER ADOPTING REPORT AND RECOMMENDATION

Pro se Plaintiff Lauren Griffen ("Plaintiff") brought this action seeking damages against Defendant, C.B. Richard Ellis Group Inc. ("Defendant") for violations of Title VII of the Civil Rights Act of 1964. On September 2, 2011, Magistrate Judge Ronald L. Ellis issued a Report and Recommendation ("Report"), recommending that the complaint be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Neither party has made any objection to the Report, and the time to do so has elapsed.

In reviewing a report and recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C.A. § 636(b)(1)(c) (West 2008). "To accept the report and recommendation of a magistrate, to which no timely objection has been made, a district court need only satisfy itself that there is no clear error on the face of the record." Wynn v. Lempke, No. 08 Civ. 3894(RJS), 2009 WL 1227362, at *2 (S.D.N.Y. May 5, 2009).

The Court has reviewed thoroughly Judge Ellis' Report and finds no clear error in his recommendation. Accordingly, the Court accepts the Report. The complaint is hereby dismissed without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this

Copies mailed/faxed to ___ Ms Griffen
Chambers of Judge Swain    0 4 OCT 2011

order would not be taken in good faith.  See Coppedge v. United States, 369 U.S. 438, 444 (1962).

The Clerk of Court is respectfully requested to enter judgment accordingly and close this case.

IT IS SO ORDERED.

Dated: New York, New York
October 4, 2011

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge